## WEINSTEIN v. SINGER MFG. CO.

(Supreme Court, Appellate Division, First Department.   November 8, 1907.)

Appeal from Trial Term.

Action by Sofi Weinstein against the Singer Manufacturing Company.   From an order denying defendant's motion for a new trial, it appeals.   Affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, CLARKE, SCOTT, and LAMBERT, JJ.

Henry A. Prince, for appellant.

Alfred S. Katzenstein, for respondent.

PER CURIAM.  As we have reversed the judgment in this action and ordered a new trial (106 N. Y. Supp. 517), it is unnecessary to consider the questions presented on this appeal.

The order will be affirmed, without costs.